1
2
3        IN THE UNITED STATES DISTRICT COURT
4        FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6  RAYMOND WALKER,                    )
                                      )
7            Petitioner,              )     No. C 09-2489 CRB (PR)
                                      )
8        vs.                          )     ORDER OF TRANSFER
                                      )
9  FRANCISCO JACQUEZ, Warden,         )     (Doc # 2)
                                      )
10           Respondent.              )
                                      )
11
12        Petitioner seeks federal habeas review of a conviction from San Joaquin County

13  Superior Court, which lies within the venue of the Eastern District of California.  See 28

14  U.S.C. § 84(b).  Petitioner is incarcerated at Pelican Bay State Prison in Del Norte

15  County, which lies within the venue of this court.  See id. § 84(a).

16        Venue is proper in a habeas action in either the district of confinement or the

17  district of conviction, see id. § 2241(d); however, petitions challenging a conviction

18  preferably are heard in the district of conviction.   See Habeas L.R. 2254-3(a);

19  Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

20        Because the San Joaquin County lies in the Eastern District of California, the

21  court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b),

22  and in the interest of justice, this petition be TRANSFERRED to the United States

23  District Court for the Eastern District of California.

24        The clerk shall transfer this matter and terminate all pending motions as moot.

25  SO ORDERED.

26  DATED:  June 10, 2009

                                    CHARLES R. BREYER
27                                  United States District Judge

28  G:\PRO-SE\CRB\HC.09\Walker, R1.transfer.wpd